IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

Steven Jones,
    Plaintiff,

vs.                                                      No. 18-1290-JTM

Blattner Energy, Inc., and
Saul Hurtado,
    Defendants.

## MEMORANDUM AND ORDER

For good cause shown, the defendant's Motion for Extension (Dkt. 37) is hereby granted, and defendant may file its Response to Plaintiff's Motion for Partial Summary Judgment (Dkt. 32) at any time up to and including August 21, 2019.

It is so ORDERED this 5th day of August, 2019.

*J. Thomas Marten*
J. Thomas Marten, Judge